# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE FICK,<br><br>　　　　　Plaintiff,<br>　　vs.<br>THE U.S. DISTRICT JUDGES, et al.,<br>　　　　　Defendants.<br>_____/ | CASE NO. **CV F 05-1330 OWW DLB**<br>**(New case number)**<br><br>**ORDER TO REASSIGN MAGISTRATE JUDGE** |

　　　Plaintiff Kenneth Wayne Fick has filed a document which this Court construes as a complaint to name United States Magistrate Judge Lawrence J. O'Neill as a defendant. Judge O'Neill is unable to proceed as the assigned magistrate judge in this action. On the basis of good cause, United States Magistrate Judge Dennis L. Beck is reassigned as the magistrate judge for this action. **All further papers shall bear the new case number CV F 05-1330 OWW DLB.**

　　　IT IS SO ORDERED.

**Dated:　October 24, 2005**　　　　　　　　**/s/ Lawrence J. O'Neill**
66h44d　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1