IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH W. FICK, | 1:05cv1330 OWW DLB |
| Plaintiff, | |
| vs. | ORDER ADOPTING<br>FINDINGS AND RECOMMENDATION |
| | (Document 7) |
| U.S. DISTRICT JUDGES, et.al., | |
| Defendants._____/ | |

  Plaintiff, proceeding pro se, filed the instant civil rights action on September 30, 2005.

  On June 28, 2006, the Magistrate Judge issued Findings and Recommendation that the action be dismissed for Plaintiff's failure to follow the Court's order and failure to prosecute the action. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. No party has filed objections.

  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the

1

1  Findings and Recommendation is supported by the record and proper analysis.
2       Accordingly, IT IS HEREBY ORDERED that:
3       1.   The Findings and Recommendations dated June 28, 2006, is ADOPTED IN
4            FULL; and
5       2.   The action is DISMISSED.
6  IT IS SO ORDERED.
7  **Dated:   August 10, 2006**              /s/ Oliver W. Wanger
   emm0d6                                UNITED STATES DISTRICT JUDGE